### 44953. SHEARD v. THE STATE.

WHITMAN, Judge. The sole enumeration of error in this appeal is that the trial court erred: "[I]n failing to sustain defendant's motion to quash accusation No. 12619 in which the said defendant was charge with violating § 26-6303, Georgia Code annotated. On grounds that said Code section is unconstitutional."

The record shows that such a motion was made but it does not show that any ruling was ever invoked thereon, hence there is nothing for either this court or our Supreme Court to consider. *Undercofler v. United States Steel Corp.,* 219 Ga. 264 (133 SE2d 11); *Hood v. Rice,* 225 Ga. 327 (168 SE2d 150).

*Judgment affirmed. Bell, C. J., and Quillian, J., concur.*

SUBMITTED JANUARY 5, 1970—DECIDED APRIL 9, 1970.

*C. B. King,* for appellant.
*Robert W. Reynolds, District Attorney,* for appellee.